IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FREDERICK DAVIS CARR,

    Plaintiff,

vs.                                             CASE NO. 5:07cv267/RS-EMT

CORRECTIONS CORPORATION OF
AMERICA,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 9). Plaintiff has not filed objections. Plaintiff has failed to provide the court his current mailing address.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

ORDERED on February 28, 2008.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**